UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| NICOLE ALLGAIER | * | |
| Plaintiff, | * | |
| v. | * | Case No.: |
| CREDIT ONE BANK | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes Defendant, Credit One Bank ("COB"), and, pursuant to 28 U.S.C. § 1441 & 1446, *et seq.*, hereby removes from the District Court of Maryland for Anne Arundel County, State of Maryland, the following described and captioned lawsuit, and respectfully shows:

1. COB is the only defendant in the civil action filed by Plaintiff Nicole Allgaier in the District Court of Maryland for Anne Arundel County, State of Maryland, captioned as *Nicole Allgaier v. Credit One Bank*, Docket No. 11937-11 (hereinafter the "State Court Action").

2. Pursuant to 28 U.S.C. §§ 1441 & 1446, COB removes plaintiff's State Court Action to this Court, which is the judicial district in which the State Court Action is pending. Removal of plaintiff's State Court Action is proper under 28 U.S.C. §§ 1441, *et seq.*, 28 U.S.C. § 1331 and 15 U.S.C. § 1681.

3. COB was served with the State Court Action Complaint, and first received notice of the action, on April 17, 2012. This Notice of Removal is filed within 30 days of receipt of the complaint by COB and is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

4. A copy of all process, pleadings and orders served upon COB in the State Court Action is being filed with this Notice and is attached hereto as **Exhibit A**.

5. The Complaint asserts state law claims which are wholly preempted by the Fair Credit Reporting Act (FCRA), 15 U.S.C. §§ 1681, *et seq*.

6. The Fair Credit Reporting Act, (hereinafter the "FCRA") in pertinent part states, "Limitation of liability: Except as provided in sections 1681n and 1681o[1] of this title, <u>no consumer may bring any action or proceeding in the nature of defamation, invasion of privacy, or negligence with respect to the reporting of information against any ...person who furnishes information to a consumer reporting agency, based on information disclosed pursuant to section 1681g, 1681h, or 1681m of this title</u>, ... except as to false information furnished with malice or willful intent to injure such consumer." *See* 15 U.S.C. § 1681h(e).[2]

7. This FCRA preemption is a complete and total defense to Plaintiff's state law claims as pled against COB that pertain to credit reporting.

8. The FCRA governs credit reporting, and Plaintiff's claims are precisely the claims that Congress sought to preempt when it passed the FCRA. *See* 15 U.S.C. § 1681h(e). *See Gorman v. Wolpoff & Abramson, 584 F.3d 1147 (9th Cir. 2009); Quach v Citimortgage*, 2010 WL 3211937 *6-7 (N.D. Cal. 2010).

---

[1] Sections 1681n and 1681o do not apply.
[2] Plaintiff has not alleged any malice or willful intent to injure.

- 2 -

9. COB is concurrently filing a copy of this Notice of Removal with the District Court of Maryland for Anne Arundel County. A copy of that Notice is attached hereto as **Exhibit B**.

10. The prerequisites for removal under 28 U.S.C. §§ 1441 and 1446 have been met.

11. Defendant reserves the right to amend or supplement this Notice of Removal.

12. In filing this Notice of Removal, Defendant does not waive any defenses or rights that may be available in this action.

13. This Notice is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Credit One Bank, respectfully requests that this case proceed in Federal Court as an action properly removed from District Court of Maryland for Anne Arundel County and for such other relief as this Court deems just and proper.

Respectfully submitted,

*David M. Stevens*
Jonathan E. Claiborne, Esq. (Bar No. 00347)
David M. Stevens, Esq. (Bar No. 29119)
Whiteford, Taylor & Preston, L.L.P.
7 St. Paul Street
Baltimore, MD 21202
Telephone:   (410) 347-9409
Facsimile:   (410) 752-7092
Email: jclaiborne@wtplaw.com
dstevens@wtplaw.com

Counsel for Defendant,
   Credit One Bank

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May, 2012 a copy of the foregoing Notice of Removal, and its attachments, was served via first-class mail, postage prepaid to:

>Nicole Allgaier, Plaintiff ProSe
>220 Carvel Road
>Pasadena, MD 21122

*David M. Stevens*
David M. Stevens