```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

NICOLE ALLGAIER,                :

    Plaintiff,              :
v.
                            :   Civil Action No. GLR-12-1499
CREDIT ONE BANK,
                            :
    Defendant.
                           :

**ORDER**

On July 27, 2011, Plaintiff Nicole Allgaier filed a Complaint against Defendant Credit One Bank (the "Bank") in the District Court of Maryland for Anne Arundel County. (See Compl. at 1, ECF No. 2). The Bank was served with a copy of the Summons and Complaint on April 17, 2012. (Notice of Removal ¶ 3, ECF No. 1). The case was subsequently removed to this Court on May 17, 2012. (ECF No. 1). On May 24, 2012, the Bank filed a Motion to Dismiss and Compel Arbitration and a Motion to Dismiss for Lack of Jurisdiction. (ECF No. 8). Ms. Allgaier's response to the Motions was due on June 11, 2012. (See Id.). Ms. Allgaier was advised that she was responsible for filing a timely response to the Bank's Motions pursuant to Federal Rule of Civil Procedure 12(a). (See Rule 12/56 Letter at 1, ECF No. 9). Ms. Allgaier was also advised that if she failed to file a response with the Court, she risked dismissal of her case.

The deadline for Ms. Allgaier's response lapsed on June 11, 2012.  To date, the Court has no record that Ms. Allgaier filed a response to the Bank's Motions.  Given that Ms. Allgaier was forewarned that failure to file a response by June 11, 2012 would result in dismissal of her case without prejudice, it is hereby

ORDERED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  It is further

ORDERED that Defendant's Motion to Dismiss and Compel Arbitration and Motion to Dismiss for Lack of Jurisdiction are DENIED AS MOOT.

Entered this 11th day of July, 2012

/s/
_____
George L. Russell, III
United States District Judge

2